| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: District of Maryland | |
| Case number (if known): _____    Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | JDL HVAC Services, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | JDL HVAC & Plumbing Services JDL Sheet Metal, LLC | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 5 – 4 7 8 2 5 1 2 | |
| **4. Debtor's address** | **Principal place of business** 14300 Cherry Lane Court Number     Street Laurel, MD 20707-4979 City     State    ZIP Code Prince George's County | **Mailing address, if different from principal place of business** Number     Street City     State    ZIP Code **Location of principal assets, if different from principal place of business** Number     Street City     State    ZIP Code |
| **5. Debtor's website (URL)** | https://www.jdlhvacservices.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor   JDL HVAC Services, LLC  
      Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. §101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))  
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  2  3  8  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No  
☐ Yes.  District _____  When _____  Case number _____  
                                     MM / DD / YYYY  
        District _____  When _____  Case number _____  
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No  
☐ Yes.  Debtor _____  Relationship _____  
       District _____  When _____  
                                       MM / DD / YYYY  
       Case number, if known _____

Debtor    JDL HVAC Services, LLC                                                                                Case number *(if known)*
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number     Street

_____
City                      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199   ☐ 200-999      ☐ 10,001-25,000                       ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000               ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    JDL HVAC Services, LLC      Case number *(if known)* _____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/29/2024
              MM/ DD/ YYYY

X    /s/ Joe Liles, Jr.                              Joe Liles, Jr.
Signature of authorized representative of debtor      Printed name

Title    Managing Member

**18. Signature of attorney**

X    /s/ Brett Weiss          Date   03/29/2024
Signature of attorney for debtor               MM/ DD/ YYYY

Brett Weiss
Printed name

The Weiss Law Group
Firm name

8843 Greenbelt Road 299
Number      Street

Greenbelt        MD        20770
City             State        ZIP Code

(301) 924-4400        brett@BankruptcyLawMaryland.com
Contact phone           Email address

02980             MD
Bar number         State

Fill in this information to identify the case:

Debtor name: JDL HVAC Services, LLC

United States Bankruptcy Court for the: District of Maryland

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Advance Service Group, LLC<br>10 West 37th Street 6E<br>New York, NY 10018 | | Contract | Disputed | | | $222,000.00 |
| 2 | Ally Financial, Inc.<br>Post Office Box 380901<br>Minneapolis, MN 55438 | | Vehicle Loan | Disputed | | | $68,651.47 |
| 3 | Ally Financial, Inc.<br>Post Office Box 380901<br>Minneapolis, MN 55438 | | Vehicle Loan | Disputed | | | $62,544.00 |
| 4 | Ally Financial, Inc.<br>Post Office Box 380901<br>Minneapolis, MN 55438 | | Vehicle Loan | Disputed | | | $62,313.79 |
| 5 | Amsterdam Capital Solutions, LLC<br>150 Worth Ave Ste 224<br>Palm Beach, FL 33480-4410 | | Contract | Disputed | | | $115,261.00 |
| 6 | Angi Ads<br>130 East Washington St<br>Indianapolis, IN 46202 | | Trade Debt | Disputed | | | $15,643.00 |
| 7 | Carrier Enterprise, LLC<br>7 St. Paul Street 820<br>Baltimore, MD 21202 | | Trade Debt | Disputed | | | $260,300.00 |
| 8 | Channel Partners Capital, LLC<br>d/b/a Channel Partners Equipment Finance<br>10900 Wayzata Blvd Ste 300<br>Hopkins, MN 55305-1576 | | Blanket Lien | Disputed | | | $50,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    JDL HVAC Services, LLC    Case number *(if known)*
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Channel Partners Capital, LLC d/b/a Channel Partners Equipment Finance 10900 Wayzata Blvd Ste 300 Hopkins, MN 55305-1576 | | Loan | Disputed | | | $33,579.60 |
| 10 | Chase Bank USA Card Services PO Box 15298 Wilmington, DE 19850-5298 | | Credit Card | Disputed | | | $58,739.82 |
| 11 | Credential Leasing Corporation 3525 N 6th St Harrisburg, PA 17110-1474 | | Vehicle Loan | Disputed | $65,359.73 | $39,100.00 | $26,259.73 |
| 12 | Credential Leasing Corporation 3525 N 6th St Harrisburg, PA 17110-1474 | | Vehicle Loan | Disputed | $59,155.62 | $33,788.00 | $25,367.62 |
| 13 | Credential Leasing Corporation 3525 N 6th St Harrisburg, PA 17110-1474 | | Vehicle Loan | Disputed | $28,899.38 | $11,448.00 | $17,451.38 |
| 14 | Emerald Group Holdings, LLC d/b/a Vitalcap 48 Wall Street, 10th Floor New York, NY 10005 | | Contract | Disputed | | | $347,500.00 |
| 15 | FORD MOTOR CREDIT COMPANY P O BOX 62180 Colorado Springs, CO 80962-2180 | | Vehicle Loan | Disputed | $75,547.77 | $58,898.00 | $16,649.77 |
| 16 | Home Depot Credit Services Citicard Private Label PO Box 20483 Kansas City, MO 64195-0483 | | Trade Debt | Disputed | | | $22,500.00 |
| 17 | R.E. Michel Company, LLC PO Box 70510 Philadelphia, PA 19176-0510 | | Trade Debt | Disputed | | | $19,437.64 |
| 18 | Stripe, Inc. 354 Oyster Point Blvd South San Francisco, CA 94080-1912 | | Trade Debt | Disputed | | | $221,006.86 |
| 19 | U.S. Small Business Administration 409 3rd Street N.W. Washington, DC 20416-0000 | | | Disputed | | | $1,425,400.00 |
| 20 | York International Corp. PO Box 30671 New York, NY 10087-0671 | | Trade Debt | Disputed | | | $18,001.98 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE: **JDL HVAC Services, LLC**　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　03/29/2024　　　Signature　　　　　　　　　/s/ Joe Liles, Jr.
　　　　　　　　　　　　　　　　　　　　　Joe Liles, Jr., Managing Member

Advance Service Group, LLC
10 West 37th Street 6E
New York, NY 10018

Ally Financial, Inc.
Post Office Box 380901
Minneapolis, MN 55438

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express
Post Office 981535
El Paso, TX 79998

Amsterdam Capital Solutions, LLC
150 Worth Ave Ste 224
Palm Beach, FL 33480-4410

Angi Ads
130 East Washington St
Indianapolis, IN 46202

Capital One Bank, N.A.
1680 Capital One Drive
McLean, VA 22102-0000

Carrier Enterprise, LLC
7 St. Paul Street 820
Baltimore, MD 21202

Channel Partners Capital, LLC
d/b/a Channel Partners Equipment
Finance
10900 Wayzata Blvd Ste 300
Hopkins, MN 55305-1576

Chase Bank USA
Card Services
PO Box 15298
Wilmington, DE 19850-5298

Cherry Lane Investors, LLC
8555 16th Street 400
Silver Spring, MD 20910

Cintas
6800 Cintas Boulevard
Cincinnati, OH 45262-0000

CIT Bank, N.A.
155 Commerce Way
Portsmouth, NH 03801-3243

Comcast Corporation
1701 JFK Boulevard
Philadelphia, PA 19103-0000

Cox Business
Po Box 1259 Dept 10
Oaks, PA 19456-1259

Credential Leasing
Corporation
3525 N 6th St
Harrisburg, PA 17110-1474

Emerald Group Holdings, LLC
d/b/a Vitalcap
48 Wall Street, 10th Floor
New York, NY 10005


Exxon-Mobil
PO Box 530962
Atlanta, GA 30353-0962


Ferguson Enterprises, LLC
PO Box 417592
Boston, MA 02241-7592


FORD MOTOR CREDIT
COMPANY
P O BOX 62180
Colorado Springs, CO 80962-2180


Google, LLC
1600 Ampjitheatre Parkway
Mountain View, CA 94043


Home Depot Credit Services
Citicard Private Label
PO Box 20483
Kansas City, MO 64195-0483


HVAC Distributors
2 Old Market St PO Box 160
Mount Joy, PA 17552


Jada Bailey
℅ Plaxen Adler Muncy
10211 Wincopin Circle 620
Columbia, MD 21044

Joe David Liles, Jr
14300 Cherry Lane Court 116
Laurel, MD 20707


Larry & Karen Baker
7020 Half Moon Circle 412
Lake Worth, FL 33462


Latoya Liles
14300 Cherry Lane Court 116
Laurel, MD 20707


R.E. Michel Company, LLC
PO Box 70510
Philadelphia, PA 19176-0510


Stripe, Inc.
354 Oyster Point Blvd
South San Francisco, CA 94080-1912


TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034-0000


U.S. Small Business
Administration
409 3rd Street N.W.
Washington, DC 20416-0000


US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

Verizon
Bankruptcy Department
404 Brock Dr
Bloomington, IL 61701-2654

Verizon
Bankruptcy Department
404 Brock Drive
Bloomington, IL 61701

Verizon Connect
PO Box 15043
Albany, NY 12212-5043

W.E. Kingswell Incorporated
5320 Sunnyside Ave
Beltsville, MD 20705

Wagner, Falconer & Judd, Ltd.
100 South Fifth Street 800
Minneapolis, MN 55402

Yelp, Inc.
140 New Montgomery St
San Francisco, CA 94105

York International Corp.
PO Box 30671
New York, NY 10087-0671